
MOTION GRANTED
this 29th
20/0 ___ day of September
/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CV-134-FL

In re SUBPOENA ISSUED TO           )
SHANNON O'CONNOR/MARINE &          )
FAMILY IN THE MATTER OF            )   MOTION TO QUASH SUBPOENA
JENNIFER ANN MCDANIEL V.           )
CHARLES AARON MCDANIEL,            )
CRAVEN COUNTY DISTRICT COURT,      )
FILE NO. 10 CVD 689                )
                                   )
_____)

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully requests that this Court quash the subpoena directed to Shannon O'Connor/Marine & Family Program issued out of the District Court of Craven County, North Carolina. A Memorandum of Law in support of this Motion is submitted herewith.

Respectfully submitted, this 29th day of September, 2010.

                              GEORGE E.B. HOLDING
                              United States Attorney

                              By: /s/ Joshua B. Royster
                              JOSHUA B. ROYSTER
                              Attorney for Petitioner
                              Assistant United States Attorney
                              Civil Division
                              310 New Bern Avenue, Suite 800
                              Raleigh, NC 27601
                              Telephone: 919-856-4530
                              Fax: 919-856-4487
                              Email: joshua.royster@usdoj.gov
                              NC State Bar No. 28785